IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INS. CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-0213 |
| ) | Judge Trauger |
| ARCHER LAND TITLE, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by the plaintiff, Fidelity National Title Insurance Co., (Docket No. 16), is **GRANTED** with respect to the issue of liability and with respect to the plaintiff's claims for damages in the amount of $64,900.

It is further **ORDERED** that the plaintiff shall provide, within fifteen days, an affidavit with detailed time records and the substance of its expenses to support its claims for attorney's fees and expenses relating to the three lawsuits at the bankruptcy level, the plaintiff's prior attempts to obtain reimbursement from the defendant, and the instant lawsuit.

It is further **ORDERED** that the defendant shall have fifteen days to respond to the plaintiff's submission with respect to the attorney's fees and expenses the plaintiff seeks.

It is so Ordered.

1

Entered this 29th day of October 2007.

                                                                    _____
                                                                    ALETA A. TRAUGER
                                                                    United States District Judge